IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JIM B. ESTES,<br>TDCJ No. 1003415,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH M. EASTRIDGE, *et al.*,<br><br>  Defendants. | §§§§§§§§§§§  Civil Action No. 7:20-cv-00098-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed a letter on August 21, 2020, which the District Court construes as objections. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's Complaint (ECF No. 2) is **DISMISSED** without prejudice.

**SO ORDERED** this 8th day of September, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE