IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JIM B. ESTES,<br>TDCJ No. 1003415,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH M. EASTRIDGE, *et al.*,<br><br>    Defendants. | Civil Action No. 7:20-cv-00098-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's Motion for Reconsideration (ECF No. 14) is **DENIED**.

**SO ORDERED** this 18th day of February, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE